| | |
|---|---|
| JOHN R. CLIFFORD, ESQ. (State Bar No. 124203)<br>JESSICA R. K. DORMAN, ESQ (State Bar No. 279919)<br>**WILSON, ELSER, MOSKOWITZ,**<br>   **EDELMAN & DICKER LLP**<br>401 West A Street, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 321-6200<br>Facsimile: (619) 321-6201<br>Email: john.clifford@wilsonelser.com<br>           jessica.dorman@wilsonelser.com<br><br>Attorneys for Defendant, Belmont Finance LLC | |
| Peter S. Doody, Bar No. 127653<br>doody@higgslaw.com<br>Joseph J. Kagan, Bar No. 306534<br>kaganj@higgslaw.com<br>HIGGS FLETCH & MACK LLP<br>401 West "A" Street, Suite 2600<br>San Diego, California 92101-7913<br>Telephone: 619.236.1551<br>Facsimile: 619.696.1410<br><br>Attorneys for Defendant McNeil &<br>Meyers Receivables Management Group LLC | Andre L. Verdun (SBN 265436)<br>C/O 401 West "A" Street, Ste. 1100<br>San Diego, CA 92101<br>Tel. (619) 880-0110<br>Fax. (866) 786-6993<br>Andre@VerdunLaw.com<br><br>Attorney for Plaintiff Nikeaira Henry |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKEAIRA HENRY,<br><br>           Plaintiff,<br><br>     vs.<br><br>BELMONT FINANCE LLC; MCNEIL & MEYERS RECEIVABLES MANAGEMENT GROUP, LLC; AND DOES 1-10,<br><br>           Defendants. | Case No. 18-cv-2475 W WVG<br><br>**JOINT MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Nikeaira Henry and Defendants Belmont Finance, LLC and McNeil & Meyers Receivables Management Group, LLC by and through their respective counsel, hereby stipulate, to voluntarily dismiss, with prejudice, the above-captioned action in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1

**JOINT MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE**

18-cv-2475 W WVG

2060152v.1

Accordingly, Plaintiff and Defendants jointly move this Court for entry of an Order of Dismissal with Prejudice, dismissing all claims in the above-captioned action, with the Parties bearing their own fees and costs.

**IT IS SO STIPULATED**.

Dated:  November 15, 2019        **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By:  /s/Jessica R. K. Dorman
John R. Clifford, Esq.
john.clifford@wilsonelser.com
Jessica R. K. Dorman
jessica.dorman@wilsonelser.com
Attorneys for Defendant
Belmont Finance LLC

Dated: November 15, 2019        HIGGS FLETCHER & MACK LLP

By:/s/ Joseph J. Kagan
PETER S. DOODY, ESQ.
JOSEPH J. KAGAN, ESQ.
Attorneys for Defendant
MCNEIL & MEYERS RECEIVABLES MANAGEMENT GROUP, LLC

Dated:  November 15, 2019        By:  /s/ Andre Verdun
ANDRE VERDUN
ATTORNEY FOR PLAINTIFF,
NIKEAIRA HENRY

### SIGNATURE CERTIFICATION

Pursuant to Section (2)(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this documents is acceptable to the Parties, and that I have obtained authorization to affix their electronic signatures to this document.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

*/s/Jessica R. K. Dorman*
Jessica R. K. Dorman
Attorney for Defendant,
Belmont Finance LLC