# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKEAIRA HENRY,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BELMONT FINANCE LLC; et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 18-CV-2475 W (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 38]** |

　　　Pending before the Court is a joint motion to dismiss this case with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 38] and **ORDERS** the case **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs.

　　　**IT IS SO ORDERED**.

Dated: November 18, 2019

_/s/ Thomas J. Whelan_
Hon. Thomas J. Whelan
United States District Judge

1

18-CV-2475 W (WVG)